**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ARTUR SORVANOV,

Petitioner,

v.

CHRISTOPHER LAROSE, *et al.*,

Respondents.

Case No. 26-cv-04069-BAS-VET

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 12)**

Petitioner Artur Sorvanov files an Amended Habeas Petition pursuant to 28 U.S.C. § 2241, claiming he has been held in immigration detention for an arbitrarily prolonged period of time. (ECF No. 12.) Petitioner requests this Court to order a bond hearing where the Government bears the burden of showing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released. (ECF Nos. 12, 15.) The Government does not oppose the request. (ECF No. 14.) Accordingly, the Court **GRANTS** the Amended Petition and issues the following writ:

//

//

The Court **ORDERS** a bond hearing before an Immigration Judge for Arturo Sorvanov (A# 249-142-172) within 14 days of today's date. At that hearing, the Government shall bear the burden of proving by clear and convincing evidence that Mr. Sorvanov would be a danger to the community or a flight risk if released on bond.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: September 15, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**